# EXHIBIT 4



NORTHERN DIVERS USA, INC
10404 Fox Bluff Lane
Spring Grove, IL 60081

# Invoice

| Date | Invoice # |
|---|---|
| 1/30/2015 | AS130151 |

**Bill To**

Atlantic Subsea Inc.
PO Box 714 / 108 Ferry Road
Bridgeport, NJ 08014

PAID 04/04/2015

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Supervision of onsite set-up and operation for cleaning 42" pipe at Salem Power Plant $25,000 deposit w/ $75,000 due upon completion | 100,000.00 | 100,000.00 |

**Total** $100,000.00