# EXHIBIT 7



# Invoice

| Date | Invoice # |
|---|---|
| 1/3/2019 | AS1319 |

**Bill To**

Atlantic Subsea Inc.
PO Box 714 / 108 Ferry Road
Bridgeport, NJ  08014

PAID 05/03/2019

Amounts not received by due date will accrue 1.5% interest per month plus attorney fees incurred in collections.

| P.O. No. | Terms | Due Date |
|---|---|---|
|  | Due on receipt | 1/3/2019 |

| Item | Description | Est Amt | Prior Amt | Prior % | Rate | Curr % | Total % | Amount |
|---|---|---|---|---|---|---|---|---|
| Maintena... | Emergency discharge pipe cleaning - PSE&G Nuclear Plant Salem New Jersey.  Per our original agreement ( contract # 016319 a $25,000 deposit with $75,000 due upon completion).  **Signed Confidentiality Agreement will be strictly enforced** Date signed - Jan 30, 2015 | 100,000.00 | 25,000.00 | 25.00% | 100,000.00 | 75.00% | 100.00% | 75,000.00 |

| | |
|---|---|
| **Total** | $75,000.00 |
| **Payments/Credits** | -$75,000.00 |
| **Balance Due** | $0.00 |

10404 Fox Bluff Lane
Spring Grove, IL 60081

www.ndiversusa.com