# EXHIBIT 10

**WGP**
Weir
Greenblatt
Pierce
LLP

A Pennsylvania Limited Liability Partnership

PENNSYLVANIA · NEW JERSEY · DELAWARE · NEW YORK

20 BRACE ROAD • SUITE 200
CHERRY HILL, NJ 08034
(856) 740-1490
(856) 740-1491 FAX
WGPLLP.com

February 22, 2022

<u>VIA EMAIL</u>

Elias P. Soupos, Esquire
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL 60601-6745

  Re: Northern Divers USA, Inc.

Dear Mr. Soupos:

  I represent Atlantic Subsea, Inc. ("ASI"). Your letter dated February 3, 2022 on behalf of Northern Divers USA, Inc. ("Northern Divers") has been referred to me for a response.

  ASI has been providing diving and associated marine services to Public Service Enterprise Group ("PSEG") and specifically the Salem and Hope Creek generating stations since 1995. Part of these services have included the routine cleaning of discharge lines using standard industry methods and equipment.

  In 2015, as part of routine work on a discharge line at the Salem generating station, PSEG asked ASI to consult with Northern Divers as Northern Divers claimed to have a patented technique to clear pipes that involved special pipe attachments, additives and bubblers. Details of the patent were not disclosed to ASI. In executing the work, ASI utilized standard pumps, manifolds and methodologies. Northern Divers provided no equipment, attachments, connections, fittings or other materials. Northern Divers only contribution to the operation was input on pump layout, which is not patented. The entire operation was fitted, performed and executed by ASI's crew and supervisors. The principal of Northern Divers only attended the first day of the operation. The entire operation was a standard one utilizing commonly known, non-proprietary methodologies.

  Again in 2017 and 2018, the Salem generating station discharge line was found to be clogged, and PSEG requested ASI to repeat the same operation as performed in 2015. Since PSEG previously asked ASI to consult with Northern Divers, ASI invited Northern Divers to witness the operations. As in 2015, ASI executed the entire work using standard methodologies, ASI barges, ASI personnel, and standard industry pumps. Northern Divers provided no equipment or components for the work, and provided nothing of value for the same. Indeed, ASI cleared the discharge pipe in the same manner utilized by ASI for 30 years at many jobs, including 26 years at Salem, prior to any involvement by Northern Divers

Elias P. Soupos, Esquire
February 22, 2022
Page 2

      In November of 2021, PSEG again asked ASI to clear the Salem discharge line. In connection with this work, Northern Divers demanded that ASI enter into an agreement to pay fees to Northern Divers. Since Northern Divers contributed nothing of value to the previous operations, ASI investigated Northern Divers' patent and learned that Northern Divers had misled both PSEG and ASI into believing that the previous operations had come under the purview of the patent. A comparison of the Northern Divers' patent and ASI's operations for PSEG demonstrate that there has been no infringement of the patent:

| Patent | Work Performed at PSEG |
| --- | --- |
| Patent is for intake pipes and intake structures. | PSEG work was on independent discharge pipe |
| Cleaning is done with waterflow against natural flow | Water flushed out using standard pumps in the same direction as flow |
| Attachments, bubblers and additives in patent | No attachments, bubblers or additives |
| Variety of water pumps | Standard industry rental pumps |
| Proprietary turbulence flanges | No special flanges |
| Forced air with compressors | No forced air or compressors used |
| Flow directing attachment | No attachments |

      ASI rejects Northern Divers' claim and demand for payment. Indeed, it is ASI's position that Northern Divers obtained substantial monies from ASI through misrepresentation of the scope of the patent. If Northern Divers persists in its improper demands, ASI will pursue all of its legal and equitable remedies.

      Sincerely,

      *s/Richard P. Coe, Jr.*

      Richard P. Coe, Jr.