WEIR LLP
Richard P. Coe, Jr., Esq.
Susan A. Weir, Esq.
35 Kings Highway East
Haddonfield, NJ  08033
(856) 740-1490
(856) 740-1491 (fax)
rcoe@weirlawllp.com
sweir@weirlawllp.com
*Counsel for Defendants Atlantic Subsea, Inc.,*
*Ajay A. Talwar and Vinod Menezes*

PSEG
Paige S. Nestel, Esq.
80 Park Plaza
Newark, NJ 07102
(908) 692-5353
Paige.nestel@pseg.com
*Counsel for PSEG Nuclear, LLC, i/p/a PSEG Global, USA, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTHERN DIVERS USA, INC. | : |
| | : |
| Plaintiff, | : DOCKET NO.: 1:24-cv-08279-KMW-EAP |
| | : |
| vs. | : CIVIL ACTION |
| | : |
| ATLANTIC SUBSEA, INC., AJAY A. TALWAR, VINOD MENEZES, PSEG GLOBAL USA, INC., and  XYLEM DEWATERING SOLUTIONS, INC. | : Motion Day: July 7, 2025 |
| | : |
| | : **DEFENDANTS, PSEG NUCLEAR, LLC** |
| | : **(I/P/A PSEG GLOBAL USA, INC.),** |
| Defendants. | : **ATLANTIC SUBSEA, INC., AJAY A.** |
| | : **TALWAR, AND VINOD MENEZES'S** |
| | : **NOTICE OF MOTION TO DISMISS** |
| | : **PLAINTIFF'S FIRST AMENDED** |
| | : **COMPLAINT, OR IN THE** |
| | : **ALTERNATIVE, TO CONSOLIDATE OR** |
| | : **STAY OF SERVICE** |

**PLEASE TAKE NOTICE** that on July 7, 2025, or at another date designated by the Court, Defendants, PSEG Nuclear, LLC (I/P/A PSEG Global USA, Inc.), Atlantic Subsea, Inc., Ajay A. Talwar, and Vinod Menezes's (together, "Defendants"), through their undersigned counsel, will make application before Honorable Karen Williams, U.S.D.J., at the Mitchell H. Cohen U.S. Courthouse & Federal Building, 4th and Cooper Streets, Camden, New Jersey 08101, seeking entry of an Order granting their Motion To Dismiss Plaintiff, Northern Divers, Inc.'s First Amended Complaint, or in the Alternative, to Consolidate or Stay.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, Defendants will rely upon the accompanying Memorandum and any further reply submissions.

**PLEASE TAKE FURTHER NOTICE** that a Certificate of Service is also being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants are also submitting a proposed order herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is required in the event there is opposition to Defendants' Motion.

Dated: June 2, 2025

Respectfully submitted,

By: /s/ *Susan A. Weir.*

Susan A. Weir, Esq.
Richard P. Coe, Jr. Esq.
WEIR LLP
35 Kings Highway East
Haddonfield, NJ  08033
(856) 740-1490
(856) 740-1491 (fax)
rcoe@weirlawllp.com

        sweir@weirlawllp.com
        *Counsel for Defendants Atlantic Subsea,*
        *Inc., Ajay A. Talwar and Vinod Menezes*

        Paige S. Nestel, Esq.
        PSEG
        80 Park Plaza
        Newark, NJ 07102
        (908) 692-5353
        Paige.nestel@pseg.com
        *Counsel for PSEG Nuclear, LLC, i/p/a*
        *PSEG Global, USA, Inc.*

## **CERTIFICATE OF SERVICE**

I, Susan A. Weir, hereby certify that on June 2, 2025, the foregoing Notice of Motion to Dismiss Plaintiff's First Amended Complaint, Memorandum in Support of Motion, and Proposed Order were served upon all counsel of record through the Court's electronic filing system.

        WEIR LLP

        By: /s/ *Susan A. Weir.*
        Susan A. Weir, Esq.
        Richard P. Coe, Jr., Esq.
        35 Kings Highway East
        Haddonfield, NJ  08033
        (856) 740-1490
        (856) 740-1491 (fax)
        rcoe@weirlawllp.com
        sweir@weirlawllp.com
        *Counsel for Defendants Atlantic Subsea, Inc., Ajay A. Talwar and Vinod Menezes*