UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTHERN DIVERS USA, INC., <br><br> Plaintiff, <br><br> v. <br> ATLANTIC SUBSEA, INC., AJAY A. TALWAR, VINOD MENEZES, PSEG GLOBAL USA, INC. and XYLEM DEWATERING SOLUTIONS, INC., <br><br> Defendants. | Civil Action No.: 1:24-cv-08279-KMW-EAP |

**JOINT STIPULATION AND CONSENT ORDER OF DISMISSAL WITH PREJUDICE AS TO XYLEM DEWATERING SOLUTIONS, INC. ONLY**

Plaintiff, NORTHERN DIVERS USA, INC., and the Defendant XYLEM DEWATERING SOLUTIONS, INC., having amicably resolved the matters between them, submit this Joint Stipulation and Consent Order of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2) dismissing all claims between Plaintiff Northern Divers USA, Inc. and Defendant Xylem Dewatering Solutions, Inc. WITH PREJUDICE with each party to bear its own attorneys' fees, costs and expenses.

September 11, 2025

CONSENTED TO AS TO FORM AND ENTRY:

/s/ *Stanley D. Ference III, Esq.*
STANLEY D. FERENCE III (I.D. NO. 020731989) 409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile
courts@ferencelaw.com

***ATTORNEY FOR PLAINTIFF***

/s/ *David Michael Fabian, Esq.*
DAVID MICHAEL FABIAN, ESQ.
Traflet & Fabian
264 South Street
Morristown, NJ 08960
(973) 631-6222-Telephone
(973) 631-6226-Facsimile
dfabian@trafletfabian.com

Craig N. Killen (admitted *pro hac vice*)
Nelson Mullins Riley & Scarborough, LLP
301 South College Street, Suite 2300
Charlotte, NC 28202
(704) 417-3000
craig.killen@nelsonmullins.com

***ATTORNEYS FOR DEFENDANT XYLEM DEWATERING SOLUTIONS, INC.***

IT IS SO ORDERED: September 23, 2025

KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

2