IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTHERN DIVERS USA, INC. | : |
| | : |
| Plaintiff, | : DOCKET NO.: 1:24-cv-08279-KMW-EAP |
| | : |
| vs. | : CIVIL ACTION |
| | : |
| ATLANTIC SUBSEA, INC., AJAY A. TALWAR, VINOD MENEZES, PSEG GLOBAL USA, INC., and XYLEM DEWATERING SOLUTIONS, INC. | : STIPULATION OF SETTLEMENT |
| | : |
| Defendants. | : |

Defendant, Atlantic Subsea, Inc. ("ASI"), and Plaintiff, Northern Divers USA, Inc. ("Northern Divers"), hereby stipulate and agree to the settlement of the above captioned matter between them as follows:

    1. <u>Payments by ASI</u>:  ASI agrees to pay the sum of $325,000.00 to Northern Divers in the following installments:

        a.    an initial payment of $25,000.00 due on or before January 21, 2026; and

        b.    thirty (30) monthly installments of $10,000.00 each commencing on February 15, 2026 and continuing thereafter on the 15th of each month, with the final installment due on July 15, 2028.

    2. <u>Payment by PSEG</u>:  PSEG agrees to pay the sum of $35,000 to Northern Divers within fourteen (14) days of receiving a signed copy of the Settlement Agreement from Northern Divers.

    3. <u>Default/Notice to Cure</u>:  If ASI fails to make any payment when due, ASI shall be afforded a seven (7) day grace period to cure the same upon email notice to the undersigned

counsel for ASI (rcoe@weirlawllp.com) and email notice directly to ASI (vinod.menezes@atlanticsubsea.com).

4. <u>Failure to Cure/Entry of Judgment</u>: If ASI fails to cure within seven (7) days of the notice of default, then Northern Divers may enter judgment by Affidavit or Declaration of its counsel against ASI for the full amount due under this Stipulation, less any payments made until the time of default, plus reasonable attorneys' fees and costs incurred in entering and enforcing such judgment.

5. <u>Dismissal with Prejudice/Discharge</u>: Upon payment of all sums due under this Stipulation, Northern Divers shall file a Stipulation of Dismissal with Prejudice of all claims against ASI in this matter, and a Discharge of all obligations under this Stipulation of Settlement.

6. <u>Separate Settlement Agreement and Release</u>: This Stipulation of Settlement is subject to the terms and conditions of a separate Settlement Agreement and Release among ASI, Northern Divers, Ajay A. Talwar, Vinod Menezes, and PSEG Global USA, Inc. executed simultaneously herewith.

7. <u>Counterparts:</u> This Stipulation may be signed in counterparts, the sum total of which shall constitute the agreement of the parties.

/s/ Richard P. Coe
Richard P. Coe, Jr., Esquire
WEIR LLP
A Pennsylvania Limited Liability Partnership
(ID# 029591987)
1300 Route 70, Suite 314
Mount Laurel, New Jersey 08054
(856) 740-1490 (phone)
(856) 740-1491 (fax)
Attorney for Defendant, Atlantic Subsea, Inc.

/s/Stanley Ference
Stanley Ference, Esquire
FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, PA  15143
+1 412 741 8400 – telephone
+1 412 741 9292 – facsimile
sference@ferencelaw.com – email
Attorney for Plaintiff, Northern Divers USA, Inc.

ATLANTIC SUBSEA, INC.

_____
BY: Vinod O Menezes
Title: President


Dated: ___1/24/26_____

NORTHERN DIVERS USA, INC.

_____
BY: _____
Title: PRESIDENT
01/22/2026

3